**Fill in this information to identify the case:**

Debtor name     **Nile Developers, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     **19-19384**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................. $    1,624,307.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $    452,853.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $    2,077,160.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    1,772,900.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    602,474.56

4. **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b                                                                                            $    2,375,374.56

**Fill in this information to identify the case:**

Debtor name   **Nile Developers, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **19-19384**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.    **Cash on hand** | | | $315.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Suntrust** | Checking Account | | $1,500.00 |
| 3.2. | **Bank of America** | Checking Account | | $205.00 |
| 3.3. | **Capital One Bank Account** | Checking Account | | $83.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

       **$2,103.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Nile Developers, LLC**                                          Case number *(If known)*  **19-19384**
　　　　　Name

| 7.1. | **Monies in TVC escrows_ Nile Developers LLC pays interest monthly** | $323,000.00 |
|---|---|---|

8.　　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　　Description, including name of holder of prepayment

9.　　　**Total of Part 2.**                                                      | $323,000.00 |
　　　　Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.　　**Accounts receivable**

11a. 90 days old or less:　　**118,000.00**　-　　　**0.00** = ....　　**$118,000.00**
　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**                                                      | $118,000.00 |
　　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.　　**Office furniture**

40.　　**Office fixtures**

| Debtor | **Nile Developers, LLC** | | Case number *(If known)* | **19-19384** |
|--------|--------------------------|--|-------------------------|--------------|
| | Name | | | |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**
Desktop computer, cell phone, scanner/print and associated accessories

| | | | |
|--|--|--|--|
| | $0.00 | Comparable sale | $750.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|--|
| $750.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|--|--|--|--|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Nile Developers, LLC**
_____   Case number *(If known)* **19-19384**
         Name

| | | | |
|---|---|---|---|
| **Multiple and various tools for woodworking, masonry, and metalworking including protractor functions, laser lines, lumb bobs, rotatable lasers, chisels, sanders, nail guns, bar clamps, rubber grips, dustpan, soft broom, cleaning supplies, pipe cutters, blowtorches, illuminating LED lamps, soldering pads heatproof mat fibreglass, wood workpieces, workbenchs, trestles, paint, decorator roller extension handle, roller brush, buckets, voltage tester, saws, ladders/ladder extenders, mole grips, locking pliers, wood routers, metal rulers, toolboxs, tape measures, fans mpact drivers, cords, adjustable spanners, pliers, bending metals, extension cable, drills, oscillating polishers/scrapers, crow bars, shovels knives, duct tape, plasterboard, pencils, paint brush sets, bench grinders, razors, crewdrivers, pencils, angle grinders, blades, wire brushes, sanding discs, polishing pads, grinding wheels, angle grinder attachments, nail punch sets, sheets of dywall, windows for Installation and various diagrams/sketches for rehabiliting homes.** | $0.00 | **Comparable sale** | $7,500.00 |
| **Storage Unit/Shed-storage for supplies/tools** | $0.00 | **Comparable sale** | $1,500.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.
    
    | |
    |---|
    | **$9,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Part 9:   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **401 K Street NE, Washington, DC 20002 (2 units)** | Fee simple | $0.00 | Zillow | $795,000.00 |

Debtor    **Nile Developers, LLC**                                    Case number *(If known)* **19-19384**
          Name

| | | | | |
|---|---|---|---|---|
| 55.2. | **3248 East Baltimore Street, Balitmore, MD 21224  (4 units)** | Fee simple | $0.00 | Zillow | $329,000.00 |
| 55.3. | **319 S. Highland Ave, Baltimore, MD** | Fee simple | $0.00 | Zillow | $141,750.00 |
| 55.4. | **2718 Fenwick Avenue, Baltimore, MD 21218** | Fee simple | $0.00 | Zillow | $21,000.00 |
| 55.5. | **4229 Ivanhoe Avenue, Baltimore, MD 21212** | Fee simple | $0.00 | Zillow | $43,259.00 |
| 55.6. | **2327 Barclay Street, Baltimore, MD - Addis Developers (collateral 401 K)** | Fee simple | $0.00 | Zillow | $117,626.00 |
| 55.7. | **1626 Ashland Ave, Baltimore MD 21205 - Begonia Enterprise (collateral 401k) _k** | Fee simple | $0.00 | Zillow | $88,222.00 |
| 55.8. | **1628 Ashland Ave, Baltimore, MD 21205 - Begonia Enterprise (collateral 401 K Street NE)** | Fee simple | $0.00 | Zillow | $88,450.00 |

56.    **Total of Part 9.**

               **$1,624,307.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Nile Developers, LLC**                                      Case number *(If known)*  **19-19384**
           Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Nile Developers, LLC**                                  Case number *(If known)* **19-19384**
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,103.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $323,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $118,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $1,624,307.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $452,853.00 | + 91b. $1,624,307.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,077,160.00 |

**Fill in this information to identify the case:**

Debtor name **Nile Developers, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **19-19384**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **ABL One LLC** | Describe debtor's property that is subject to a lien | $110,000.00 | $117,626.00 |
|---|---|---|---|---|

Creditor's Name
**66 Hudson Street
Suite 301
Hoboken, NJ 07030**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2327 Barclay Street, Baltimore, MD
- Addis Developers (collateral 401 K St)**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Elhab, LLC** | Describe debtor's property that is subject to a lien | $350,000.00 | $795,000.00 |
|---|---|---|---|---|

Creditor's Name
**1629 K Street NW
Suite 300
Washington, DC 20006**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**401 K Street NE, Washington, DC 20002**

Describe the lien
**Second Mortgage**
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Nile Developers, LLC**      Case number (if know)    **19-19384**

Name

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**1. Elhab, LLC**

**2. Temple View Capital - 401 K Street NE**

---

| 2.3 | **Lapidus Investments** | Describe debtor's property that is subject to a lien | $175,000.00 | $329,000.00 |
|---|---|---|---|---|

Creditor's Name

**36 South Charles Street 23rd Floor Baltimore, MD 21210**

**3248 East Baltimore Street, Balitmore, MD 21224**

Creditor's mailing address

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**1. Lapidus Investments**

**2. Patch of Land - 3248 East Baltimore St**

---

| 2.4 | **Patch of Land - 319 Highland Ave** | Describe debtor's property that is subject to a lien | $18,900.00 | $141,750.00 |
|---|---|---|---|---|

Creditor's Name

**15000 Ventura Blvd Suite 300 Sherman Oaks, CA 91403**

**319 S. Highland Ave, Baltimore, MD**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Patch of Land - 3248 East Baltimore St** | Describe debtor's property that is subject to a lien | $256,000.00 | $329,000.00 |
|---|---|---|---|---|

---

| Debtor | **Nile Developers, LLC** | | Case number (if know) | **19-19384** |
|---|---|---|---|---|

Name

| Creditor's Name | **3248 East Baltimore Street, Balitmore, MD** |
|---|---|
| **15000 Ventura Blvd** | **21224  (4 units)** |
| **Suite 300** | |
| **Sherman Oaks, CA 91403** | |
| Creditor's mailing address | **Describe the lien** |
| | **Mortgage** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.6 | **Temple View Capital - 401 K Street NE** | **Describe debtor's property that is subject to a lien** | **$863,000.00** | **$795,000.00** |
|---|---|---|---|---|

| Creditor's Name | **401 K Street NE, Washington, DC 20002** |
|---|---|
| **7101 Wisconsin Ave** | |
| **Suite 1012** | |
| **Bethesda, MD 20814** | |
| Creditor's mailing address | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,772,900.00** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Addis Developers, LLC**<br>**3500 Boston Street**<br>**Baltimore, MD 21224** | Line   **2.6** | |

| Debtor | **Nile Developers, LLC** | Case number (if know) | **19-19384** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Alex Cooper Auction**<br>**4910 Massachutes Ave**<br>**#100**<br>**Washington, DC 20016** | Line **2.6** |
| **Alex Cooper Auction**<br>**4910 Massachutes Ave**<br>**#100**<br>**Washington, DC 20016** | Line **2.3** |
| **Alvin Lapidus, Esq**<br>**1726 Resisterstown Road**<br>**Suite 212 Hilton Plaza**<br>**Pikesville, MD 21208** | Line **2.3** |
| **Assebe Derese**<br>**13303 Tamarack Road**<br>**Silver Spring, MD 20904** | Line **2.6** |
| **Begonia Enterprises, LLC**<br>**8608 Watkins Run Court**<br>**Ellicott City, MD 21043** | Line **2.6** |
| **Broadway Ventures LLC**<br>**210 E Lexington Street**<br>**#300**<br>**Baltimore, MD 21202** | Line **2.6** |
| **BSI**<br>**Po Box 517**<br>**Titusville, PA 16354** | Line **2.6** |
| **BSI Financial Services**<br>**314 S Franklin Street**<br>**2nd Floor**<br>**Titusville, PA 16354** | Line **2.6** |
| **BSI Financial Services c/o ISAOA/ATIMA**<br>**Po Box 961260**<br>**Fort Worth, TX 76161** | Line **2.6** |
| **Cohen Financial**<br>**4601 College Blvd, #300**<br>**Leawood, KS 66211** | Line **2.4** |
| **Commercial Capital Funding c/o T McGrath**<br>**111 Old Plantation Way**<br>**Pikesville, MD 21208** | Line **2.6** |
| **First American Mortgage Solutions**<br>**1795 International Way**<br>**Idaho Falls, ID 83402** | Line **2.4** |
| **Gary Graham**<br>**222 Bosley Ave**<br>**Suite C-4**<br>**Towson, MD 21204** | Line **2.4** |
| **H Carter, Esq-Parker, Simon, et al**<br>**110 North Washington Street**<br>**Suite 500**<br>**Rockville, MD 20850** | Line **2.6** |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor    **Nile Developers, LLC**
_____
Name

Case number (if know)    **19-19384**
_____

| | |
|---|---|
| **Hilton Investments, LLC**<br>**1057 Hilton Point Rd**<br>**Chapin, SC 29036** | Line _**2.3**_ |
| **Lapidus Investments c/o Ira Oring**<br>**19333 Collins Ave**<br>**#1601**<br>**Baltimore, MD 21201** | Line _**2.3**_ |
| **Mariam Tadros Esq**<br>**1900 Gallows Road, Suite 700**<br>**Vienna, VA 22182** | Line _**2.6**_ |
| **Mark Devan**<br>**Po Box 1950**<br>**Cockeysville, MD 21030** | Line _**2.5**_ |
| **Mark Lapidus**<br>**11913 Huntington Tweed Drive**<br>**Owings Mills, MD 21117** | Line _**2.3**_ |
| **Nile Developers, LLC**<br>**3500 Suite 315**<br>**Baltimore, MD 21224** | Line _**2.6**_ |
| **Nurlign Makonnen Nurlign**<br>**8608 Watkins Run Court**<br>**Ellicott City, MD 21043** | Line _**2.6**_ |
| **Patch of Land**<br>**Po Box 200053**<br>**Kennesaw, GA 30156** | Line _**2.4**_ |
| **Patch of Land**<br>**Po Box 200053**<br>**Kennesaw, GA 30156** | Line _**2.5**_ |
| **Residents**<br>**401 K Street NE**<br>**Washington, DC 20002** | Line _**2.6**_ |
| **Residents**<br>**3214 Eastern Ave**<br>**Baltimore, MD 21205** | Line _**2.3**_ |
| **Residents**<br>**1628 Ashland Ave**<br>**Baltimore, MD 21205** | Line _**2.3**_ |
| **Residents**<br>**1626 Ashland Ave**<br>**Baltimore, MD 21205** | Line _**2.3**_ |
| **Residents**<br>**1630 Ashland Ave**<br>**Baltimore, MD 21205** | Line _**2.3**_ |
| **Residents**<br>**3248 East Baltimore Street**<br>**Baltimore, MD 21224** | Line _**2.3**_ |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 6

Debtor   **Nile Developers, LLC**
_____
Name                                                        Case number (if know)    **19-19384**

| | |
|---|---|
| **Residents**<br>**2718 Fenwick Ave**<br>**Baltimore, MD** | Line **2.3** |
| **Residents**<br>**4229 Ivanhoe Ave**<br>**Baltimore, MD** | Line **2.3** |
| **Residents**<br>**319 S Highland Ave**<br>**Baltimore, MD 21224** | Line **2.3** |
| **Residents**<br>**2327 Barclays Street**<br>**Baltimore, MD 21218** | Line **2.3** |
| **Residents**<br>**1231 Glyndon Avenue**<br>**Baltimore, MD 21223** | Line **2.3** |
| **Residents**<br>**1630 Ashland Ave**<br>**Baltimore, MD 21218** | Line **2.5** |
| **Rosenberg & Associates**<br>**4340 East-West Highway, Suite 600**<br>**Bethesda, MD 20814** | Line **2.3** |
| **Rosenberg & Associates**<br>**4340 East-West Highway, Suite 600**<br>**Bethesda, MD 20814** | Line **2.5** |
| **Thornton Mellon c/o George Polk, Esq**<br>**939 W North Ave**<br>**Suite 830**<br>**Chicago, IL 60642** | Line **2.5** |
| **Toorak Repo Seller I Trust**<br>**500 Delaware Avenue**<br>**11th Floor**<br>**Wilmington, DE 19801** | Line **2.3** |
| **TVC Funding**<br>**7101 Wisconsin Ave**<br>**Suite 1012**<br>**Bethesda, MD 20814** | Line **2.6** |
| **TVC Funding I, LLC**<br>**7500 Old Georgetown Road**<br>**Bethesda, MD 20814** | Line **2.6** |
| **United States Corporation Agents**<br>**6959 Golden Ring Road**<br>**Rosedale, MD 21237** | Line **2.3** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Nile Developers, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number (if known)    **19-19384**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
|  |  | **$0.00** | **$0.00** |

**2.1** | Priority creditor's name and mailing address
**Baltimore City c/o Law
Dept/Solicitor
101 City Hall
Baltimore, MD 21202**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
**Comptroller for State of Maryland
110 Carroll Street
Annapolis, MD 21411**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Nile Developers, LLC** | Case number (if known) | **19-19384** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**District of Columbia Tax and Revenue**
**1101 4th St SW #270**
**Washington, DC 20024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**IRS-Central Insolvency Operation**
**2970 Market Street (Mail Stop Q30.133)**
**Philadelphia, PA 19104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,353.16** |
|---|---|---|---|

**Glen Tschirgi, Esq c/o Secured Loan Serv**
**10015 Old Columbia Road**
**Suite B-215**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Foreclosed - 3214 Eastern Ave**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209,903.74** |
|---|---|---|---|

**Lapidus Investments-Confessed Judgment**
**36 South Charles Street**
**23rd Floor**
**Baltimore, MD 21210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment - $182,524.99 Attorney Fees $27,378.75 Circuit Ct of MD 24C17003610**

Date(s) debt was incurred  **7/1/2017**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,924.30** |
|---|---|---|---|

**Masterworks Design & Construction**
**938 E Swan Creek Road**
**Suite 244**
**Fort Washington, MD 20744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit - 401 K Street NE, Washington, DC_ Possible Recorded Lien**

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Nile Developers, LLC** | Case number (if known) | **19-19384** |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,793.36 |
|---|---|---|---|

**Rosenberg & Associates**
**4340 East-West Highway, Suite 600**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Foreclosed - 1630/1632 Ashland Avenue**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,500.00 |
|---|---|---|---|

**Velocity Commercial Capital LLC**
**30699 Russel Ranch**
**Suite 295**
**Westlake Villagae, CA 91362**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Foreclosed - 1231 Glyndon Ave**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | DC Real Property Tax Administration<br>Po Box PO Box 98095<br>Washington, DC 20090 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Alba Law Group<br>11350 McCormick Road Exec Plaza I<br>Suite 302<br>Hunt Valley, MD 21031 | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Alex Cooper Auction<br>908 York Road<br>Towson, MD 21204 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Baltimore City c/o Law Dept/Solicitor<br>101 City Hall<br>Baltimore, MD 21202 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Begonia Enterprises, LLC<br>8608 Watkins Run Court<br>Ellicott City, MD 21043 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | DC Water and Sewer<br>1385 Canal Street SE<br>Washington, DC 20003 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | District of Columbia Water and Sewer Aut<br>Po Box 97200<br>Washington, DC 20090 | Line **2.3**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | FCI Lender Services<br>Po Box 27370<br>Anaheim, CA 92809 | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Nile Developers, LLC** | | | Case number *(if known)* | **19-19384** |
|---|---|---|---|---|---|

Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.9 | **First American Mortgage Solutions**<br>**1795 International Way**<br>**Idaho Falls, ID 83402** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Gary Graham**<br>**222 Bosley Ave**<br>**Suite C-4**<br>**Towson, MD 21204** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | **Phoenix Title** |
| 4.11 | **Herbert Alan Dubin, Esq**<br>**600 Jefferson Plaza**<br>**Suite 430**<br>**Rockville, MD 20852** | Line  **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Insurance Support Center**<br>**Po Box 588002**<br>**North Metro, GA 30029** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **IRS Special Procedures**<br>**Po Box 21126**<br>**Philadelphia, PA 19114** | Line  **2.4**<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | **Lapidus Investments**<br>**1726 Reisterstown Road**<br>**Suite 212**<br>**Pikesville, MD 21208** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | **Lapidus Investments c/o Ira Oring**<br>**19333 Collins Ave**<br>**#1601**<br>**North Miami Beach, FL 33160** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.16 | **Mark Devan**<br>**Po Box 1950**<br>**Cockeysville, MD 21030** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |
| 4.17 | **Mark Lapidus**<br>**11913 Huntington Tweed Drive**<br>**Owings Mills, MD 21117** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.18 | **Mid-Atlantic Title**<br>**100 West Road**<br>**Suite 215**<br>**Towson, MD 21204** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |
| 4.19 | **Nile Developers**<br>**6959 Golden Ring Road**<br>**Baltimore, MD 21237** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | _ |
| 4.20 | **Niles Developers**<br>**13303 Tamarack Road**<br>**Silver Spring, MD 20904** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | _ |
| 4.21 | **Patch of Land**<br>**15165 Ventura Blvd**<br>**Suite 200**<br>**Sherman Oaks, CA 91403** | Line  **3.4**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Nile Developers, LLC** | | Case number *(if known)* | **19-19384** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.22 | **Patch of Land**<br>**Po Box 200053**<br>**Kennesaw, GA 30156** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Residents**<br>**1630 Ashland Ave**<br>**Baltimore, MD 21205** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Sec & Exchange Commission**<br>**3475 Lenox Road NE**<br>**Suite 1000**<br>**Atlanta, GA 30327** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Secretary of the Treasury**<br>**15th and Pennsylvania**<br>**Washington, DC 20220** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **State Farm Fire & Casualty**<br>**1500 State Farm Blvd**<br>**Charlottesville, VA 22909** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **State of Maryland DLLR**<br>**Division of Unemployment Insurance**<br>**1100 N. Eutaw Street, Room 401**<br>**Baltimore, MD 21201-2225** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **State of Maryland-CCU**<br>**300 West Preston Street**<br>**5th Floor Certification**<br>**Baltimore, MD 21201** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Taxing Authoriy of Montgomery County**<br>**255 Rockville Pike**<br>**Suite L-15**<br>**Rockville, MD 20850** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Toorak Repo Seller I Trust**<br>**500 Delaware Avenue**<br>**11th Floor**<br>**Wilmington, DE 19801** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **United States Corporation Agents**<br>**6959 Golden Ring Road**<br>**Rosedale, MD 21237** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.32 | **US Attorney-District MD**<br>**36 S Charles St**<br>**4th floor**<br>**Baltimore, MD 21209** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Velocity Commercial Capital**<br>**PO Box 7089**<br>**Westlake Village, CA 91359** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Nile Developers, LLC** | Case number (if known) | **19-19384** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.34 | **WIlmington Savings c/o Christina Trust**<br>**500 Delaware Ave**<br>**Wilmington, DE 19801** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + $ | **602,474.56** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. $ | **602,474.56** |

**Fill in this information to identify the case:**

Debtor name     **Nile Developers, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)     **19-19384**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Rental Unit for $1,000/month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residents**<br>**3248 East Baltimore Street Unit A**<br>**Baltimore, MD 21224** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Rental Unit for $800/month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residents**<br>**3248 East Baltimore Street Unit B**<br>**Baltimore, MD 21224** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Rental Unit for $600/month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residents**<br>**3248 East Baltimore Street**<br>**Baltimore, MD 21224** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Rental Unit for $500/month**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Residents**<br>**3248 East Baltimore Street Unit D**<br>**Baltimore, MD 21224** |

Debtor 1    **Nile Developers, LLC**
First Name        Middle Name        Last Name

Case number *(if known)*    **19-19384**

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Unit for $1,000/month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Residents**<br>**1231 Glydon Ave**<br>**Baltimore, MD 21223** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Unit for $1,200/month** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Residents**<br>**319 S Highland Ave**<br>**Baltimore, MD 21224** |

| Fill in this information to identify the case: |
|---|

Debtor name __**Nile Developers, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF MARYLAND__

Case number (if known) __**19-19384**__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Addisu Mengesha** | **13303 Tamarack Road**<br>**Silver Spring, MD 20904** | **Temple View Capital -**<br>**401 K Street NE** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **Nurligin Makonnen Nurligin** | **3223 Kaiser Drive**<br>**Ellicott City, MD 21043** | **Temple View Capital -**<br>**401 K Street NE** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **Tsegaye Wolde Amanuel** | **5710 Arringdon Park Drive**<br>**Apt 506**<br>**Morrisville, NC 27560** | **Temple View Capital -**<br>**401 K Street NE** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy